# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) DOCKET NO: 1:22CR10004-001 |
| Michael L. Miller a/k/a "Big Mike" a/k/a "Unc" | ) |

## ORDER FOR DISPOSAL OF SEIZED PROPERTY

This matter comes before the Court requesting an order to dispose of property seized from the defendant.

These items include: Arkansas Medical Marijuana Card issued to the defendant on October 10, 2021. Item surrendered to the U.S. Probation Office by the defendant per condition of release ordered on December 8, 2021. The Medical Marijuana Card expired as of December 8, 2022. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that in accordance with the established procedures established by the U.S. Probation Office for the Western District of Arkansas, the aforementioned property is to be released to the appropriate federal, state, or local law enforcement agency for disposal, or otherwise appropriately disposed of by the U.S. Probation Office.

IT IS SO ORDERED.

Date this 10th day of February, 2023

_____
United States District Judge